**GRANT & EISENHOFER P.A.**
Jennifer Sarnelli (SBN 242510)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 646-722-8500
jsarnelli@gelaw.com
*Counsel for Plaintiff SEIU Pension Plan Master Trust*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
Aaron P. Arnzen (SBN 218272)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel: 858-914-2001
fbottini@bottinilaw.com
aarnzen@bottinilaw.com

*Counsel for Plaintiffs Michael Hirschberger, James Peterson, and Mitchell Small*

[Additional Counsel Listed In Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEIU PENSION PLAN MASTER TRUST, derivatively on behalf of ADOBE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHANTANU NARAYEN, CHRISTIANO AMON, AMY BANSE, MELANIE BOULDEN, FRANK CALDERONI, LAURA DESMOND, SPENCER NEUMANN, KATHLEEN OBERG, DHEERAJ PANDEY, DAVID RICKS, DANIEL ROSENSWEIG, DANIEL DURN, ANIL CHARKRAVARTHY, and DAVID WADHWANI,<br><br>Defendants,<br><br>– and –<br><br>ADOBE INC.,<br><br>Nominal Defendant. | Case No. 3:26-cv-03521-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RELATING ACTIONS PER L.R. 3-12 AND 7-11 AND CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS** |

| | |
|---|---|
| MICHAEL HIRSCHBERGER, JAMES PETERSON, and MITCHELL SMALL, derivatively on behalf of ADOBE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHANTANU NARAYEN, ALEXANDRU COSTIN, CLAUDE ALEXANDRE, DANIEL ROSENSWEIG, MELANIE BOULDEN, FRANK CALDERONI, LAURA DESMOND, SPENCER NEUMANN, KATHLEEN OBERG, DHEERAJ PANDEY, DAVID RICKS, CHRISTIANO AMON, AMY BANSE, DANIEL DURN, ANIL CHARKRAVARTHY, and DAVID WADHWANI,<br><br>Defendants,<br><br>– and –<br><br>ADOBE INC.,<br><br>Nominal Defendant. | Case No. 5:26-cv-05882 |

WHEREAS, on April 24, 2026, Plaintiff SEIU Pension Plan Master Trust filed a shareholder derivative action (the "*SEIU* Action"), asserting derivative claims on behalf of Adobe Inc. ("Adobe" or the "Company") against certain directors and officers of Adobe for, *inter alia*, violations of the Securities Exchange Act of 1934 ("Exchange Act"), breaches of fiduciary duties, and corporate waste.

WHEREAS, on June 16, 2026, Plaintiffs Michael Hirschberger, James Peterson, and Mitchell Small filed a shareholder derivative action, *Hirschberger et al. v. Narayen, et al.*, Case No. 5:26-cv-05882 (the "*Hirschberger* Action"), asserting derivative claims on behalf of Adobe against certain directors and officers of Adobe for, *inter alia*, violations of the Exchange Act and breaches of fiduciary duties substantially similar to the claims in the *SEIU* Action.

WHEREAS, Defendants deny any and all allegations in both the *SEIU* Action and the *Hirschberger* Action and reserve all rights and defenses.

WHEREAS, in an effort to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, Plaintiffs in the *SEIU* Action and the *Hirschberger* Action (the "Related Derivative Actions") and Defendants, through their respective counsel, hereby enter into this Stipulation and [Proposed] Order Consolidating Related Cases and Request for Appointment of Lead Counsel for Plaintiffs.

WHEREAS, Plaintiffs and Defendants agree that the Related Derivative Actions are related under Civil Local Rules 3-12(b) and 7-11, as the Related Derivative Actions arise out of the same or substantially the same facts and involve the same or substantially the same parties and questions of law and fact.

WHEREAS, all parties further agree that the Related Derivative Actions should be consolidated pursuant to FED. R. CIV. P. 42 to help assure consistent rulings and decisions and to avoid unnecessary duplication of effort.

WHEREAS, Defendants' undersigned counsel has agreed to accept service for all Defendants, without waiving, and expressly reserving, all defenses.

WHEREAS, since December 2025, Adobe has been a defendant in a putative class action captioned *Lyon v. Adobe Inc.*, No. 3:25-cv-10732 (N.D. Cal.) ("*Lyon*").

WHEREAS, since February 2025, Adobe has been a defendant in a putative class action captioned *Kleiner v. Adobe Inc.*, No. 5:26-cv-01218 (N.D. Cal.) ("*Kleiner*"), which has since been related to *Lyon* and is proceeding on a consolidated basis before the Honorable Jacqueline Scott Corley.

WHEREAS, since April 2025, Adobe has been a defendant in a putative class action captioned *Tanzer v. Adobe Inc.*, No. 3:26-cv-04712 (N.D. Cal.) ("*Tanzer*"), which has since been related to the consolidated *Lyon* action (together, with *Lyon* and *Kleiner*, the "Copyright Actions").

WHEREAS, all three Copyright Actions allege that Adobe infringed copyrighted works in connection with the training of certain artificial intelligence models.

WHEREAS, Defendants believe that the claims asserted in the Related Derivative Actions are premised on conduct that is also at issue in the Copyright Actions, namely, whether Adobe's training of certain artificial intelligence models infringed copyrighted works, and no court has determined whether Adobe engaged in copyright infringement or any other unlawful conduct in connection therewith.

WHEREAS, Plaintiffs in the Related Derivative Actions have indicated an intent to file a Consolidated Complaint no later than thirty (30) days after the entry of this requested Order.

WHEREAS, Defendants reserve all rights to seek a stay of the Related Derivative Actions during the pendency of the Copyright Actions.

WHEREAS, the parties have agreed that, in light of the foregoing, Defendants should not be required to respond to the individual complaints in the Related Derivative Actions and need only respond to the Consolidated Complaint after it is filed, subject to Defendants making a motion to stay the proceedings.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties in the

above-captioned actions, subject to the Court's approval, by and through their undersigned counsel:

1. The Related Derivative Actions satisfy the requirements of Civil L.R. 3-12 as the actions concern substantially the same parties, property, transaction, or event, and it appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

2. The *SEIU Action* meets the requirements of FRCP 42 to merit consolidation with the *Hirschberger Action* for all purposes.

3. The following actions as fully identified in the caption of this Stipulation and Request are hereby deemed to be related and are consolidated for all purposes, including pre-trial proceedings and trial ("Consolidated Action"):

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *SEIU Pension Plan Master Trust v. Shantanu Narayen, et al.* | 3:26-cv-03521 | 04/24/2026 |
| *Michael Hirschberger, et al. v. Shantanu Narayen, et al.* | 5:26-cv-05882 | 06/16/2026 |

Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ADOBE INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:26-cv-03521-CRB |

4. The files of the Consolidated Action shall be maintained in one file under Master File 3:26-cv-03521-CRB.

5. This Order shall apply to each case, arising out of the same or similar transactions or events as the Related Derivative Actions that is subsequently filed, or transferred to this Court.

6. When a case that properly belongs as part of Lead Case No. 3:26-cv-03521 is hereafter filed or transferred to this Court, counsel for the parties shall call such case to the attention of the clerk of this Court, so that the case may be consolidated with Lead Case No. 3:26-cv-03521 pursuant to this Order. Counsel for the Plaintiffs in the Consolidated Action will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

7. Grant & Eisenhofer P.A. and Bottini & Bottini, Inc. are appointed Lead Counsel for Plaintiffs in the Consolidated Action. Defendants take no position on the appointment of Lead Counsel for Plaintiffs.

8. Lead Counsel shall have the authority to make all decisions for plaintiffs in the related cases and to speak for plaintiffs in all matters, including but not limited to pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

9. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Lead Counsel.

10. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with defendants on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

11. Defendants may rely upon all agreements made with either of the Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all plaintiffs.

12. Defendants are not required to respond to any of the initial complaints filed

in the *SEIU Pension Plan Master Trust* and *Hirschberger* Actions and instead shall only be required to respond to the Consolidated Complaint.

13. The Initial Case Management Conference in the *SEIU Pension Plan Master Trust* action presently set for September 11, 2026 is adjourned. The Case Management Statement presently due on September 4, 2026 in the *SEIU Pension Plan Master Trust* action is also vacated. The Consolidated Complaint shall be filed no later than thirty (30) days after the entry of this Order.

14. Defendants shall answer, move, or otherwise respond to the Consolidated Complaint forty-five (45) days after the Consolidated Complaint is filed, unless Defendants seek and obtain a stay of the Related Derivative Actions (with no response due during the pendency of a motion to stay).

**IT IS SO STIPULATED.**

Dated: August 20, 2026

BOTTINI & BOTTINI, INC.

s/ Francis Bottini
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com

*Counsel for Plaintiffs Michael Hirschberger, James Peterson, and Mitchell Small*

Dated: August 20, 2026

GRANT & EISENHOFER P.A.

s/ Jennifer Sarnelli
Jennifer Sarnelli

485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
jsarnelli@gelaw.com

*Counsel for Plaintiff SEIU Pension Plan Master Trust*

Dated: August 20, 2026

ARNOLD & PORTER KAYE SCHOLER LLP

s/ Douglas Winthrop
Douglas Winthrop (SBN 183532)

Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-571-3400
douglas.winthrop@arnoldporter.com

Veronica Callahan (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Telephone: 212-836-8000
Facsimile: 212-836-8689
veronica.callahan@arnoldporter.com

Arthur Luk (admitted *pro hac vice*)
Chasity Fair (admitted *pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202-942-5000
Facsimile: 202-942-5999
arthur.luk@arnoldporter.com
chasity.fair@arnoldporter.com

*Counsel for Defendants*

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a conformed (s/) signature within this e-filed document.

s/ Jennifer Sarnelli

* * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 25, 2026



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE